*E-Filed 2/4/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY E. CLIMMONS, | No. C 12-3357 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| M. MARTEL, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 19) is GRANTED. Such motion shall be filed on or before May 1, 2013. The Clerk shall terminate Docket No. 19.

**IT IS SO ORDERED**.

DATED: February 4, 2013

RICHARD SEEBORG
United States District Judge